# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

141559-60 (84)(91)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THOMAS LaMEAU, Personal Representative of
the Estate of John M. Crnkovich, Deceased,
         Plaintiff-Appellee,

v

CITY OF ROYAL OAK, ELDEN DANIELSON,
and BRYAN WARJU,
         Defendants-Appellants,
and

DETROIT EDISON COMPANY and GAGLIO
PR CEMENT CORPORATION,
         Defendants-Appellees.

SC: 141559-60
COA: 290059, 292006
Oakland CC: 07-083761-NO

_____/

      On order of the Court, the motion to strike the supplemental brief of defendant Detroit Edison Company is GRANTED. The motion to strike the supplemental brief of the plaintiff is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

t0620

_____
Clerk